# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

v.

ARTHUR E. BEAN, ET AL,
**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-05661

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served ARTHUR E. BEAN the above process on the 2 day of January, 2017, at 1:35 o'clock, PM, at 1423 WEST 7TH STREET CHESTER, PA 19013 , County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

☑    By handing a copy to the Defendant(s)

Description: Approximate Age 46-50   Height 5'7   Weight 200   Race BLACK   Sex MALE   Hair BLACK
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of ____Pa_____                    )
                                                                                    )SS:
County of _____Berks_____                    )

Before me, the undersigned notary public, this day, personally, appeared ____D'wayne Henriksson_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-158189
Case ID #:4774660

Subscribed and sworn to before me
this 5 day of ____Jan____ 20 17 .

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017