## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

                Plaintiff

    v.                         No. 16-05661

ARTHUR E. BEAN,

                Defendant

### DEFAULT JUDGMENT

AND NOW, this __25th___ day of __January_____, 2017, it appearing by

Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of

Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz,

Esquire, that the Complaint in the above-captioned action was filed in the Court on Friday,

October 28, 2016 and, after due service of process on Defendant, ARTHUR E. BEAN, according

to law, no appearance, answer or other defense has been served or filed by or on behalf of

Defendant,

      JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf

of its Agency, the Department of Education, and against Defendant, ARTHUR E. BEAN, in the

amount of $6,269.45.  Judgment is to accrue interest at the current legal rate, compounded

annually until paid in full.

Date: 1/25/17

                           Clerk, United States District Court
                           EasternDistrict of Pennsylvania

             By:     __s/ Terry Milano_____
                     Deputy Clerk